**FILED**
**CLERK**

10/15/2012 11:15 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
DANIEL MILLER,

                    Plaintiff,

                                        ORDER
          -against-                     12-CV-4550(JS)(WDW)

COUNTY OF NASSAU, MICHAEL
SPOSATO, Sheriff, SERGEANT MILLER,
and CAPT. MICHAEL GOLIO,

                    Defendants.
----------------------------------X
APPEARANCES:
For Plaintiff:      Daniel Miller, Pro Se
                    12003565
                    Nassau County Correctional Center
                    100 Carman Ave.
                    East Meadow, NY 11554

For Defendants:     No appearances

SEYBERT, District Judge:

          By Order dated September 21, 2012, the undersigned denied

the application of incarcerated pro se plaintiff Daniel Miller

("Plaintiff") to proceed in forma pauperis pursuant to the "three

strikes" provision of 28 U.S.C. § 1915(g).  Plaintiff was directed

to pay the $350.00 filing fee within fourteen (14) days of the date

of the September 21, 2012 Order, and was warned that failure to do

so would lead to the dismissal of the Complaint.  See Order, dated

September 21, 2012, Seybert, D.J.  To date, the Plaintiff has not

paid the fee nor has he otherwise communicated with the Court with

regard to this case.  Accordingly, the Complaint is now dismissed

without prejudice and the Clerk of the Court is directed to close

this case.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore <u>in forma pauperis</u> status is denied for the purpose of any appeal. <u>See Coppedge v. United States</u>, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated:  October __15__, 2012
        Central Islip New York